IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL UVALLES, | No. C 05-2779 MJJ (PR) |
| Petitioner, | **ORDER LIFTING STAY; REOPENING CASE; TO SHOW CAUSE** |
| vs. | |
| D.L. RUNNELS, | |
| Respondent. | |

Petitioner, a California prisoner, filed this pro se habeas corpus petition pursuant to 28 U.S.C. § 2254. The Court ordered respondent to show cause why the petition should not be granted based on petitioner's claims of ineffective assistance of counsel. Thereafter, the Court granted respondent's motion to dismiss on the ground that certain of these claims were been exhausted under 28 U.S.C. § 2254(b)-(c), and also granted petitioner's motion for a stay so he could exhaust his unexhausted claims in state court. The Court directed petitioner to, following exhaustion, file an amended petition in this Court. Petitioner did so, but it was inadvertently filed as a new case, see No. 07-1064 MJJ. In an order filed in Case No. 07-1064, and filed concurrently herewith, the Court has directed the Clerk to file the petition in Case No. 07-1064 MJJ as an amended petition in the instant action.

After reviewing said petition, the Court finds it contains cognizable claims, when

N:\MJJ\HC Orders\valles.sc2.wpd

liberally construed.

Accordingly, the Court hereby orders as follows:

1. Good cause appearing, the stay is hereby LIFTED.

2. Respondent shall file with the Court and serve on petitioner, within 90 days of the date this order is filed, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted based on the claims set forth in the petition filed on February 21, 2007 in Case No. 07-1064 MJJ (PR).[1] Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on respondent within 30 days of his receipt of the answer.

3. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If respondent files such a motion, petitioner shall file with the Court and serve on respondent an opposition or statement of non-opposition within 30 days of receipt of the motion, and respondent shall file with the Court and serve on petitioner a reply within 15 days of receipt of any opposition.

4. Petitioner is reminded that all communications with the Court must be served on respondent by mailing a true copy of the document to respondent's counsel.

5. It is petitioner's responsibility to prosecute this case. Petitioner must keep the Court and respondent informed of any change of address and must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

6 Upon a showing of good cause, requests for a reasonable extension of time will

---

[1] The Court notes that a proof of service attached to said petition indicates it was served upon respondent's attorney, the Attorney General of the State of California.

N:\MJJ\HC Orders\valles.sc2.wpd                 2

1  be granted as long as they are filed on or before the deadline which they seek to extend.
2      The Clerk shall REOPEN this case.
3      IT IS SO ORDERED.
4  DATED: 7/23/2007

                    _____
                    MARTIN J. JENKINS
                    United States District Judge