1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARK S. HOWELL
   Deputy Attorney General
6  State Bar No. 95125
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5969
8   Fax: (415) 703-1234
    Email: mark.howell@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RAUL UVALLES,**<br><br>Petitioner,<br><br>v.<br><br>**D.L. RUNNELS, Warden, High Desert State Prison,**<br><br>Respondent. | C 05-2779 MJJ<br><br>**RESPONDENT'S EX PARTE APPLICATION FOR A FIRST ENLARGEMENT OF TIME TO FILE AN ANSWER** |

Pursuant to Habeas L.R. 2254-6 and Civil L.R. 6-3, Respondent in the above-entitled case respectfully requests a first enlargement of time for 60 days, to and including December 22, 2007, within which to file his Answer to the Petition for Writ of Habeas Corpus filed February 21, 2007, in case number C-07-1064-MJJ and subsequently refiled under the instant case number. As is demonstrated in the accompanying Declaration of Mark S. Howell, good cause exists for Respondent's request for an enlargement of time. Counsel for Respondent has not communicated with Petitioner regarding Respondent's request for an enlargement of time because Petitioner is acting in *pro se* and is currently imprisoned in the High Desert State Prison at Susanville, California.

*Uvalles v. Runnels* - Respondent's Ex Parte Application For A First Enlargement Of Time To File An Answer -
C 05-2779 MJJ

1

1  Accordingly, Respondent respectfully requests that the Court grant Respondent a first enlargement of time within which to file an Answer, to and including December 22, 2007, consistent with the accompanying [Proposed] Order.

Dated: October 22, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

**/s/ Mark S. Howell**

MARK S. HOWELL
Deputy Attorney General

Attorneys for Respondent

SF2005401376

*Uvalles v. Runnels* - Respondent's Ex Parte Application For A First Enlargement Of Time To File An Answer -
C 05-2779 MJJ

2

## DECLARATION OF SERVICE BY MAIL

Case Name: *Raul Uvalles v. Runnels*
Case No.  **C 05-2779 MJJ**

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>October 22, 2007</u>, I served the attached

**RESPONDENT'S EX PARTE APPLICATION FOR A FIRST ENLARGEMENT OF TIME TO FILE ANSWER**

**DECLARATION OF MARK S. HOWELL IN SUPPORT OF EX PARTE APPLICATION FOR A FIRST ENLARGEMENT OF TIME**

**[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME**

in the internal mail collection system at the Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102, for deposit in the United States Postal Service that same day in the ordinary course of business in a sealed envelope, postage fully prepaid, addressed as follows:

Raul Uvalles
T59954
High Desert State Prison
P.O. Box 3030
Susanville, CA  96127

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on October 22, 2007, at San Francisco, California.

|   Denise Neves   |   **/s/ Denise Neves**   |
|---|---|
|   |   Signature   |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARK S. HOWELL
   Deputy Attorney General
6  State Bar No. 95125
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5969
8    Fax: (415) 703-1234
     Email: mark.howell@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RAUL UVALLES,**<br><br>                                Petitioner,<br><br>    v.<br><br>**D.L. RUNNELS, Warden, High Desert State Prison,**<br><br>                                Respondent. | C 05-2779 MJJ<br><br>**DECLARATION OF MARK S. HOWELL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR A FIRST ENLARGEMENT OF TIME TO FILE AN ANSWER** |

I, MARK S. HOWELL, declare as follows:

1. I am the Deputy Attorney General assigned to represent Respondent in the above-entitled case. The matters referred to in this declaration are based upon my personal knowledge, and I could testify competently to those matters if called as a witness.

2. Petitioner filed an Amended Petition For Writ Of Habeas Corpus on February 21, 2007, and pursuant to the Court's order dated July 25, 2007, the Amended Petition was refiled under the instant case number. The Court filed an Order Lifting Stay; Reopening Case; To Show Cause on July 25, 2007. In that Order the Court directed Respondent to file with the Court and serve upon Petitioner an Answer to the Amended Petition for Writ of Habeas Corpus. Respondent has not

*Uvalles v. Runnels* - Declaration Of Mark S. Howell In Support Of Respondent's Ex Parte Application For A First Enlargement Of Time To File An Answer - C 05-2779 MJJ

1

previously requested any enlargements of time. The Answer is now due on October 23, 2007.

3. I am currently assigned to prepare respondent's briefs in *People v. Lang*, A112794; *People v. Gonzales*, H030446; *People v. Soto*, H030475; and *People v. Davison*, A115603. I am also assigned to file appellee's briefs in the Ninth Circuit in *Mendez v. Knowles*, 06-15153, and *Stewart v. Woodford*, 07-16204. Additionally, I am assigned to file a motion to dismiss in a capital habeas proceeding in which the amended petition includes 69 enumerated claims, *Branner v. Ayers*, C-90-3219-DLJ. Furthermore, I am assigned to file Answers in the district court in *Roundtree v. Felker,* C-07-1292-MJJ and *Zuniga v. Felker*, C-07-4319-PJH.

4. Since the issuance of the Order To Show Cause, I have been compiling and digesting the records in petitioner's case, including the state records on appeal. For the foregoing reasons, Respondent will require about 60 more days to prepare the Answer. I have not attempted to contact petitioner to determine whether he has any objection to an enlargement of time because petitioner is proceeding *pro se,* and he is currently incarcerated in High Desert State Prison at Susanville, California.

WHEREFORE, Respondent hereby requests the Court to grant an enlargement of time, to and including December 22, 2007, within which to file an Answer.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed this 22nd day of October, 2007, at San Francisco, California.

**/s/ Mark S. Howell**

_____
MARK S. HOWELL
Deputy Attorney General

SF2005401376

*Uvalles v. Runnels* - Declaration Of Mark S. Howell In Support Of Respondent's Ex Parte Application For A First Enlargement Of Time To File An Answer - C 05-2779 MJJ

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RAUL UVALLES,**<br><br>　　　　　　　　　　　　Petitioner,<br><br>　**v.**<br><br>**D.L. RUNNELS, Warden, High Desert State Prison,**<br><br>　　　　　　　　　　　　Respondent. | C 05-2779 MJJ<br><br>**ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR A FIRST ENLARGEMENT OF TIME TO FILE AN ANSWER** |

　　　Having considered Respondent's Ex Parte Application For A First Enlargement Of Time To File An Answer, and GOOD CAUSE APPEARING,

　　　IT IS HEREBY ORDERED AS FOLLOWS:

　　　1. Respondent's Ex Parte Application For A First Enlargement Of Time To File An Answer is GRANTED.

　　　2. Time shall be enlarged by 60 days, and Respondent shall file and serve his Answer on or before December 22, 2007. Petitioner may file a traverse within 30 days of the date of service of Respondent's Answer.

　　　3. Respondent may file, on or before December 22, 2007, a motion to dismiss on procedural grounds in lieu of an Answer, and if so, then Petitioner shall file with the Court and serve on Respondent an Opposition or Statement of Non-opposition within 30 days of receipt of Respondent's motion. Respondent shall then file with the Court and serve upon Petitioner a Reply within 15 days of receipt of any Opposition.

　　　DATED:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS, Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

*Uvalles v. Runnels* - Order Granting Respondent's Ex Parte Application For A First Enlargement Of Time To File An Answer - C 05-2779 MJJ

1