IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RAUL UVALLES,** | C 05-2779 MJJ |
| Petitioner, | **ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR A FIRST ENLARGEMENT OF TIME TO FILE AN ANSWER** |
| **v.** | |
| **D.L. RUNNELS, Warden, High Desert State Prison,** | |
| Respondent. | |

Having considered Respondent's Ex Parte Application For A First Enlargement Of Time To File An Answer, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED AS FOLLOWS:

1.  Respondent's Ex Parte Application For A First Enlargement Of Time To File An Answer is GRANTED.

2.  Time shall be enlarged by 60 days, and Respondent shall file and serve his Answer on or before December 22, 2007. Petitioner may file a traverse within 30 days of the date of service of Respondent's Answer.

3.  Respondent may file, on or before December 22, 2007, a motion to dismiss on procedural grounds in lieu of an Answer, and if so, then Petitioner shall file with the Court and serve on Respondent an Opposition or Statement of Non-opposition within 30 days of receipt of Respondent's motion. Respondent shall then file with the Court and serve upon Petitioner a Reply within 15 days of receipt of any Opposition.

DATED:    11/07/07

_____

MARTIN

United Stat

IT IS SO ORDERED

Judge Martin J. Jenkins

*Uvalles v. Runnels* - Order Granting Respondent's Ex Parte Application For A            argement Of Time To File An Answer - C 05-2779 MJJ

1

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA


UVALLES,

        Plaintiff,

  v.

RUNNELS et al,

        Defendant.

/

Case Number: CV05-02779 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Raul Uvalles
High Desert State Prison
Prisoner Id T59954
P.O. Box 3030
Susanville, CA 96127


Dated: November 8, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk