1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARK S. HOWELL
   Deputy Attorney General
6  State Bar No. 95125
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5969
8   Fax: (415) 703-1234
    Email: mark.howell@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

**RAUL UVALLES,**                                  C 05-2779 MJJ

                              Petitioner,

            v.

**D.L. RUNNELS, Warden, High Desert State Prison,**

                              Respondent.

**RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE AN ANSWER**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARK S. HOWELL
   Deputy Attorney General
6  State Bar No. 95125
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5969
8    Fax: (415) 703-1234
     Email: mark.howell@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RAUL UVALLES,**<br><br>                    Petitioner,<br><br>     v.<br><br>**D.L. RUNNELS, Warden, High Desert State Prison,**<br><br>                    Respondent. | C 05-2779 MJJ<br><br>**RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE AN ANSWER** |

Pursuant to Habeas L.R. 2254-6 and Civil L.R. 6-3, Respondent in the above-entitled case respectfully requests a second enlargement of time for 60 days, to and including February 22, 2008, within which to file his Answer to the Petition for Writ of Habeas Corpus which petitioner filed February 21, 2007, in case number C-07-1064-MJJ, and which was subsequently refiled under the previous case number shown above. As is demonstrated in the accompanying Declaration of Mark S. Howell, good cause exists for Respondent's request for an enlargement of time. Counsel for Respondent has not communicated with Petitioner regarding Respondent's request for an enlargement of time because Petitioner is acting in *pro se* and is currently imprisoned in the High

1 | Desert State Prison at Susanville, California.

2 |     Accordingly, Respondent respectfully requests that the Court grant Respondent a second enlargement of time within which to file an Answer, to and including February 22, 2008, consistent with the accompanying [Proposed] Order.

Dated: December 21, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

**/s/ Mark S. Howell**

MARK S. HOWELL
Deputy Attorney General

Attorneys for Respondent

SF2005401376

*Uvalles v. Runnels* - Respondent's Ex Parte Application For A Second Enlargement Of Time To File An Answer -
C 05-2779 MJJ

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Raul Uvalles v. D.L. Runnels*                                    No.: **C 05-2779 MJJ (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>December 21, 2007</u>, I served the attached:

    a.    **RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE AN ANSWER**;
    b.    **DECLARATION OF MARK S. HOWELL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE AN ANSWER**; and
    c.    **(PROPOSED) ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE AN ANSWER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Raul Uvalles
T-59954
High Desert State Prison
P.O. Box 270220
Susanville, CA  96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 21, 2007, at San Francisco, California.

|                 |                     |
|-----------------|---------------------|
| J. Espinosa     | **/s/ J. Espinosa** |
| Declarant       | Signature           |

40200107.wpd

```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DANE R. GILLETTE
    Chief Assistant Attorney General
 3  GERALD A. ENGLER
    Senior Assistant Attorney General
 4  PEGGY S. RUFFRA
    Supervising Deputy Attorney General
 5  MARK S. HOWELL
    Deputy Attorney General
 6  State Bar No. 95125
      455 Golden Gate Avenue, Suite 11000
 7    San Francisco, CA 94102-3664
      Telephone: (415) 703-5969
 8    Fax: (415) 703-1234
      Email: mark.howell@doj.ca.gov
 9  Attorneys for Respondent
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RAUL UVALLES,**<br><br>Petitioner,<br><br>v.<br><br>**D.L. RUNNELS, Warden, High Desert State Prison,**<br><br>Respondent. | C 05-2779 MJJ |

**DECLARATION OF MARK S. HOWELL IN SUPPORT
OF RESPONDENT'S EX PARTE APPLICATION FOR A SECOND
ENLARGEMENT OF TIME TO FILE AN ANSWER**

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | MARK S. HOWELL
Deputy Attorney General
6 | State Bar No. 95125
  455 Golden Gate Avenue, Suite 11000
7 |  San Francisco, CA 94102-3664
  Telephone: (415) 703-5969
8 |  Fax: (415) 703-1234
  Email: mark.howell@doj.ca.gov
9 | Attorneys for Respondent

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

| | |
|---|---|
| **RAUL UVALLES,** | C 05-2779 MJJ |
| Petitioner, | **DECLARATION OF MARK S. HOWELL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE AN ANSWER** |
| v. | |
| **D.L. RUNNELS, Warden, High Desert State Prison,** | |
| Respondent. | |

19    I, MARK S. HOWELL, declare as follows:

20    1. I am the Deputy Attorney General assigned to represent Respondent in the above-

21 entitled case. The matters referred to in this declaration are based upon my personal knowledge, and

22 I could testify competently to those matters if called as a witness.

23    2. Petitioner filed an Amended Petition For Writ Of Habeas Corpus on February 21, 2007,

24 and pursuant to the Court's order dated July 25, 2007, the Amended Petition was refiled under the

25 case number shown above. The Court filed an Order Lifting Stay; Reopening Case; To Show Cause

26 on July 25, 2007. In that Order the Court directed Respondent to file with the Court and serve upon

27 Petitioner an Answer to the Amended Petition for Writ of Habeas Corpus. Respondent has not

28

*Uvalles v. Runnels* - Declaration Of Mark S. Howell In Support Of Respondent's Ex Parte Application For A Second
Enlargement Of Time To File An Answer - C 05-2779 MJJ

1

previously requested any enlargements of time. The Answer is currently due on February 24, 2008.

3. I am currently assigned to prepare respondent's briefs in *People v. Finks*, A118616; *People v. Hall*, H031269; *People v. Meyer*, A118121; *People v. Kanda*, H031532; and *People v. Romero*, H031611. I am also assigned to prepare appellee's brief in a Ninth Circuit case, *Stewart v. Woodford*, 07-16204, a case in which the petitioner was originally sentenced to death and which involves a long record. Furthermore, I am assigned to file a motion to dismiss in a death penalty case wherein the petitioner has raised 69 claims and numerous subclaims, each of which must be individually analyzed under the statute of limitations. *Branner v. Ayers*, C-90-3219 DLJ. I am also assigned to file answers in three other non-capital federal habeas cases: *Roundtree v. Clark*, C-07-1292 MJJ; *Zuniga v. Felker*, C-07-4319; and *Price-Mahdi v. Subia*, C-07-5343 MHP.

4. Since the issuance of the Order To Show Cause, I have been compiling and digesting the state records on appeal and the state records on habeas corpus. I now have all the state records except for the records of a state habeas case that petitioner allegedly filed in superior court prior to May 21, 2004. Until I have that record, I cannot formulate a response to the current petition. For the foregoing reasons, Respondent will require about 60 more days to prepare the Answer. I have not attempted to contact petitioner to determine whether he has any objection to a second enlargement of time because petitioner is proceeding *pro se,* and he is currently incarcerated in High Desert State Prison at Susanville, California.

WHEREFORE, Respondent hereby requests the Court to grant an enlargement of time, to and including February 22, 2008, within which to file an Answer.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed this 21st day of December, 2007, at San Francisco, California.

**/s/ Mark S. Howell**

_____
MARK S. HOWELL
Deputy Attorney General

SF2005401376

*Uvalles v. Runnels* - Declaration Of Mark S. Howell In Support Of Respondent's Ex Parte Application For A Second Enlargement Of Time To File An Answer - C 05-2779 MJJ

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Raul Uvalles v. D.L. Runnels*                                           No.: **C 05-2779 MJJ (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>December 21, 2007</u>, I served the attached:

    a.    **RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE AN ANSWER**;
    b.    **DECLARATION OF MARK S. HOWELL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE AN ANSWER**; and
    c.    **(PROPOSED) ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE AN ANSWER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Raul Uvalles
T-59954
High Desert State Prison
P.O. Box 270220
Susanville, CA 96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 21, 2007, at San Francisco, California.

          J. Espinosa                                                        **/s/ J. Espinosa**
            Declarant                                                             Signature

40200107.wpd

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARK S. HOWELL
   Deputy Attorney General
6  State Bar No. 95125
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5969
8   Fax: (415) 703-1234
    Email: mark.howell@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**RAUL UVALLES,**

Petitioner,

v.

**D.L. RUNNELS, Warden, High Desert State Prison,**

Respondent.

C 05-2779 MJJ

**ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE AN ANSWER**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RAUL UVALLES,**<br><br>　　　　　　　　　　　　Petitioner,<br><br>　v.<br><br>**D.L. RUNNELS, Warden, High Desert State Prison,**<br><br>　　　　　　　　　　　　Respondent. | C 05-2779 MJJ<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE AN ANSWER** |

　　　　Having considered Respondent's Ex Parte Application For A Second Enlargement Of Time To File An Answer, and GOOD CAUSE APPEARING,

　　　　THE COURT HEREBY ORDERS AS FOLLOWS:

　　　　1. Respondent's Ex Parte Application For A Second Enlargement Of Time To File An Answer is GRANTED.

　　　　2. Time shall be enlarged by 60 days, and Respondent shall file and serve his Answer on or before February 22, 2008. Petitioner may file a traverse within 30 days of the date of service of Respondent's Answer.

　　　　3. In lieu of an Answer, Respondent may file, on or before December 22, 2007, a motion to dismiss on procedural grounds, and if so, then Petitioner shall file with the Court and serve on Respondent an Opposition or Statement of Non-opposition within 30 days of receipt of Respondent's motion. Respondent shall then file with the Court and serve upon Petitioner a Reply within 15 days of receipt of any Opposition.

　　　　DATED:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

*Uvalles v. Runnels* - [Proposed] Order Granting Respondent's Ex Parte Application For A Second Enlargement Of Time To File An Answer - C 05-2779 MJJ

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Raul Uvalles v. D.L. Runnels*                                     No.: **C 05-2779 MJJ (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>December 21, 2007</u>, I served the attached:

    a.    **RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE AN ANSWER**;
    b.    **DECLARATION OF MARK S. HOWELL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE AN ANSWER**; and
    c.    **(PROPOSED) ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE AN ANSWER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Raul Uvalles
T-59954
High Desert State Prison
P.O. Box 270220
Susanville, CA  96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 21, 2007, at San Francisco, California.

|  |  |
|---|---|
| J. Espinosa | /s/ J. Espinosa |
| Declarant | Signature |

40200107.wpd