FILED
JAN 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAUL UVALLES,<br><br>                   Petitioner,<br><br>v.<br><br>D.L. RUNNELS, Warden, High Desert State Prison,<br><br>                   Respondent. | C 05-2779 MJJ<br><br>[PROPOSED] ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR A SECOND ENLARGEMENT OF TIME TO FILE AN ANSWER |

Having considered Respondent's Ex Parte Application For A Second Enlargement Of Time To File An Answer, and GOOD CAUSE APPEARING,

THE COURT HEREBY ORDERS AS FOLLOWS:

1. Respondent's Ex Parte Application For A Second Enlargement Of Time To File An Answer is GRANTED.

2. Time shall be enlarged by 60 days, and Respondent shall file and serve his Answer on or before February 22, 2008. Petitioner may file a traverse within 30 days of the date of service of Respondent's Answer.

3. In lieu of an Answer, Respondent may file, on or before December 22, 2007, a motion to dismiss on procedural grounds, and if so, then Petitioner shall file with the Court and serve on Respondent an Opposition or Statement of Non-opposition within 30 days of receipt of Respondent's motion. Respondent shall then file with the Court and serve upon Petitioner a Reply within 15 days of receipt of any Opposition.

DATED: 1/8/2008

MARTIN J. JENKINS, Judge
United States District Court

*Uvalles v. Runnels* - [Proposed] Order Granting Respondent's Ex Parte Application For A Second Enlargement Of Time To File An Answer - C 05-2779 MJJ

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

UVALLES,

        Plaintiff,

v.

RUNNELS et al,

        Defendant.

Case Number: CV05-02779 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raul Uvalles
High Desert State Prison
Prisoner Id T59954
P.O. Box 3030
Susanville, CA 96127

Dated: January 9, 2008

Richard W. Wieking, Clerk
By: Monica Tutson, Deputy Clerk