1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARK S. HOWELL
   Deputy Attorney General
6  State Bar No. 95125
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5969
8    Fax: (415) 703-1234
     Email: mark.howell@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

| | |
|---|---|
| **RAUL UVALLES,** | C 05-2779 MJJ |
| Petitioner, | **RESPONDENT'S EX PARTE APPLICATION FOR A THIRD ENLARGEMENT OF TIME TO FILE AN ANSWER** |
| v. | |
| **D.L. RUNNELS, Warden, High Desert State Prison,** | |
| Respondent. | |

20         Pursuant to Habeas L.R. 2254-6 and Civil L.R. 6-3, Respondent in the above-entitled case

21  respectfully requests a third enlargement of time for 60 days, to and including April 22, 2008, within

22  which to file his Answer to the Petition for Writ of Habeas Corpus which was filed in case number

23  C-07-1064-MJJ, and which was subsequently refiled under the instant case number shown in the

24  caption above. As is demonstrated in the accompanying Declaration of Mark S. Howell, good cause

25  exists for Respondent's request for an enlargement of time. Counsel for Respondent has not

26  communicated with Petitioner regarding Respondent's request for an enlargement of time because

27  Petitioner is acting in *pro se* and is currently imprisoned in the High Desert State Prison at

28

*Uvalles v. Runnels* - Respondent's Ex Parte Application For A Third Enlargement Of Time To File An Answer -
C 05-2779 MJJ

1

Susanville, California.

Accordingly, Respondent respectfully requests that the Court grant Respondent a third enlargement of time within which to file an Answer, to and including April 22, 2007, consistent with the accompanying [Proposed] Order.

Dated: February 22, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

**/s/ Mark S. Howell**

MARK S. HOWELL
Deputy Attorney General

Attorneys for Respondent

SF2005401376

*Uvalles v. Runnels* - Respondent's Ex Parte Application For A Third Enlargement Of Time To File An Answer -
C 05-2779 MJJ

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Raul Uvalles v. D.L. Runnels*
No.:   **C 05-2779 MJJ (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 22, 2008</u>, I served the attached:

> **RESPONDENT'S EX PARTE APPLICATION FOR A THIRD ENLARGEMENT OF TIME TO FILE AN ANSWER**
>
> **DECLARATION OF MARK S. HOWELL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR A THIRD ENLARGEMENT OF TIME TO FILE AN ANSWER**
>
> **(PROPOSED) ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR A THIRD ENLARGEMENT OF TIME TO FILE AN ANSWER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Raul Uvalles
T-59954
High Desert State Prison
P.O. Box 270220
Susanville, CA  96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 22, 2008, at San Francisco, California.

|  Denise Neves  |  **/s/ Denise Neves**  |
| :---: | :---: |
| Declarant | Signature |

Uvalles.pos.wpd

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARK S. HOWELL
   Deputy Attorney General
6  State Bar No. 95125
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5969
8   Fax: (415) 703-1234
    Email: mark.howell@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13  **RAUL UVALLES,**                     C 05-2779 MJJ

14                           Petitioner,  **DECLARATION OF MARK S. HOWELL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR A THIRD ENLARGEMENT OF TIME TO FILE AN ANSWER**

15       v.

16  **D.L. RUNNELS, Warden, High Desert State Prison,**

17                           Respondent.

18

19       I, MARK S. HOWELL, declare as follows:

20       1. I am the Deputy Attorney General assigned to represent Respondent in the above-

21  entitled case. The matters referred to in this declaration are based upon my personal knowledge, and

22  I could testify competently to those matters if called as a witness.

23       2. Petitioner filed an Amended Petition For Writ Of Habeas Corpus on February 21, 2007.

24  The Court filed an Order Lifting Stay; Reopening Case; To Show Cause on July 25, 2007. Pursuant

25  to the Court's order dated July 25, 2007, an Amended Petition was filed, and then refiled under the

26  case number shown above. In the Order To Show Cause the Court directed Respondent to file with

27  the Court and serve upon Petitioner an Answer to the Amended Petition for Writ of Habeas Corpus.

28

*Uvalles v. Runnels* - Declaration Of Mark S. Howell In Support Of Respondent's Ex Parte Application For A Third
Enlargement Of Time To File An Answer - C 05-2779 MJJ

                                      1

1  Respondent has previously requested two enlargements of time.  The Answer is currently due on
2  February 22, 2008.

3      3. I am currently assigned to prepare respondent's briefs in *People v. Meyer*, A118121;
4  *People v. Kanda*, H031532; and *People v. Romero*, H031611; *People v. Weaver*, A117951; *People*
5  *v. Hall*, A119282; and *People v. Dillon*, A117853.  Furthermore, I am assigned to file a motion to
6  dismiss in a death penalty case wherein the petitioner has raised 69 claims and numerous subclaims,
7  each of which must be individually analyzed under the statute of limitations.  *Branner v. Ayers*, C-
8  90-3219 DLJ.  I am also assigned to file answers in three other non-capital federal habeas cases:
9  *Roundtree v. Clark*, C-07-1292 MJJ; *Zuniga v. Felker*, C-07-4319; and *Price-Mahdi v. Subia*, C-07-
10 5343 MHP.

11     4.  Since the issuance of the Order To Show Cause, I have now compiled all the state
12 records, but the records, taken together, are voluminous and convoluted.  I will require about 60
13 more days to prepare the Answer.  I have not attempted to contact petitioner to determine whether
14 he has any objection to a third enlargement of time because petitioner is proceeding *pro se,* and he
15 is currently incarcerated in High Desert State Prison at Susanville, California.

16     WHEREFORE, Respondent hereby requests the Court to grant an enlargement of time,
17 to and including April 22, 2008, within which to file an Answer.

18     I declare under penalty of perjury that the foregoing is true and correct.  This declaration
19 is executed this 22nd day of February, 2008, at San Francisco, California.

20                     **/s/ Mark S. Howell**

21
                       _____
22                        MARK S. HOWELL
                       Deputy Attorney General

23
SF2005401376
24

25

26

27

28

*Uvalles v. Runnels* - Declaration Of Mark S. Howell In Support Of Respondent's Ex Parte Application For A Third
Enlargement Of Time To File An Answer - C 05-2779 MJJ

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RAUL UVALLES,**<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>**D.L. RUNNELS, Warden, High Desert State Prison,**<br><br>　　　　　　　　　　Respondent. | C 05-2779 MJJ<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR A THIRD ENLARGEMENT OF TIME TO FILE AN ANSWER** |

Having considered Respondent's Ex Parte Application For A Third Enlargement Of Time To File An Answer, and GOOD CAUSE APPEARING,

THE COURT HEREBY ORDERS AS FOLLOWS:

1. Respondent's Ex Parte Application For A Third Enlargement Of Time To File An Answer is GRANTED.

2. Time shall be enlarged by 60 days, and Respondent shall file and serve his Answer on or before April 22, 2008. Petitioner may file a traverse within 30 days of the date of service of Respondent's Answer.

3. In lieu of an Answer, Respondent may file, on or before April 22, 2008, a motion to dismiss on procedural grounds, and if so, then Petitioner shall file with the Court and serve on Respondent an Opposition or Statement of Non-opposition within 30 days of receipt of Respondent's motion. If Petitioner files an Opposition, Respondent shall then file with the Court and serve upon Petitioner a Reply within 15 days of receipt of the Opposition.

DATED:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS, Judge
　　　　　　　　　　　　　　　　　　　United States District Court

*Uvalles v. Runnels* - [Proposed] Order Granting Respondent's Ex Parte Application For A Third Enlargement Of Time To File An Answer - C 05-2779 MJJ