FILED

APR 02 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAUL UVALLES,<br><br>Petitioner,<br><br>v.<br><br>D.L. RUNNELS, Warden, High Desert State Prison,<br><br>Respondent. | C 05-2779 MJJ<br><br>[PROPOSED] ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR A THIRD ENLARGEMENT OF TIME TO FILE AN ANSWER |

Having considered Respondent's Ex Parte Application For A Third Enlargement Of Time To File An Answer, and GOOD CAUSE APPEARING,

THE COURT HEREBY ORDERS AS FOLLOWS:

1. Respondent's Ex Parte Application For A Third Enlargement Of Time To File An Answer is GRANTED.

2. Time shall be enlarged by 60 days, and Respondent shall file and serve his Answer on or before April 22, 2008. Petitioner may file a traverse within 30 days of the date of service of Respondent's Answer.

3. In lieu of an Answer, Respondent may file, on or before April 22, 2008, a motion to dismiss on procedural grounds, and if so, then Petitioner shall file with the Court and serve on Respondent an Opposition or Statement of Non-opposition within 30 days of receipt of Respondent's motion. If Petitioner files an Opposition, Respondent shall then file with the Court and serve upon Petitioner a Reply within 15 days of receipt of the Opposition.

DATED: 4/2/2008

MARTIN J. JENKINS, Judge
United States District Court

*Uvalles v. Runnels* - [Proposed] Order Granting Respondent's Ex Parte Application For A Third Enlargement Of Time To File An Answer - C 05-2779 MJJ

1