**FILED**

MAY 0 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANSISCO DIVISION

| | |
|---|---|
| RAUL UVALLES <br><br> PETITIONER <br><br> V. <br><br> D.L. RUNNELS, WARDEN <br> HIGH DESERT STATE PRISON <br><br> RESPONDENT | C 05-2779 ~~MJJ~~ RMW |

THIS MOTION IS IN REGUARDS TO CASE 3:05-CV-02779-MJJ DOCUMENT 24-3 FILED ON APR. 02, 2008 BY RICHARD W. WIEKING. CLERK. U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA. ON APR. 16, 2008 PETITIONER RECIEVED RESPONDENT MOTION TO VACATE THE ORDER STAYING FEDERAL PROCEEDINGS NUNC PRO TUNC TO STRIKE THE AMENDED PETITION, AND TO DISMISS THE ORIGINAL MIXED PETITION UNDER ROSE V. LUNDY, 455 U.S. 509 (1982).

PETITIONER IS ASKING THE COURTS FOR AN EXTENTION OF TIME TO PREPARE AND RESPOND TO RESPONDENTS ANSWER GIVING THE FOLLOWING CIRCUMSTANCES.

1) MAILING ADDRESS OF PETITIONER HAD BEEN CHANGED. PETITIONER IS NO LONGER HOUSED AT HIGH DESERT STATE PRISON, BUT IN PELICAN BAY STATE PRISON. SO WHEN MAIL WAS INITIALLY SENT TO PETITIONER IT WAS DELAYED BECAUSE OF

1.

RE-ROUTE. THUS NOT ALLOWING PETITIONER FULL TIME RESTRAINTS.

2. PETITIONER IS CURRENTLY IN ADMINISTRATION SEGREGATION DUE TO PENDING TRANSFER. PETITIONER IS IN POSSESSION OF LIMITED PROPERTY. DUE TO PETITIONERS CURRENT HOUSING PETITIONER IS PROHIBITED ACCESS FROM INFORMATION THAT WILL HAVE A DIRECT IMPACT ON PETITIONERS ANSWER BUT NOT DEEMED LEGAL WORK/MATERIAL, AND THEREFORE IS RESTRICTED FROM PETITIONERS PERSON.

PETITIONERS ACCESS TO THE LAW LIBRARY IS ALSO LIMITED, DUE TO THE NUMBER OF INMATES CURRENTLY HOUSED IN ADMINISTRATION SEGREGATION PENDING TRANSFER AS WELL.

PETITIONER IS ASKING THE COURTS FOR AN ENLARGEMENT OF TIME OF 180 DAYS FOR THE FOLLOWING REASONS:

TO ESTABLISH A PRIMARY RESIDENCE. THIS WILL POSITION PETITIONER ON A GENERAL POPULATION WHICH WILL LIFT HIS RESTRICTIONS, THUS ALLOWING PETITIONER OPPERTUNITY TO OBTAIN ALL LEGAL RESOURSES, ASSETS, PROPERTY, DOCUMENTS, ASSISTANCE, FREQUENT ACCESS TO LAW LIBRARY ECT.

DUE TO THESE SEQUENCE OF EVENTS, 180 DAYS WILL GIVE PETITIONER ENOUGH TIME TO ANSWER RESPONDENTS RESPONSE AND PREPARE PROPERLY FOR PETITIONERS GOOD CAUSE HEARING.

I, RAUL UVALLES T59954 HEREBY CERTIFY THE FOREGOING DOCUMENT IS TRUE AND CORRECT EXECUTED ON 4-29-08

_/s/ Raul Uvalles_

## PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 101a #2015-5, U.S.C. Sec. 1746)

I, Jose, Fernandez #F09466, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over the age of eighteen (18) years and am a party to this action.

My State Prison address is: Pelican Bay State Prison, P.O. Box 7500, Housing Unit __A2__ Cell Number __203__, Crescent City, CA 95532-7500.

On the __1__ day of __MAY 08__, I served the following (set forth the exact title of document[s] served):

__MOTION FOR ENLARGEMENT OF TIME__

On the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a receptacle so provided at Pelican Bay State Prison, Crescent City, CA 95532, and addressed as follows:

OFFICE OF THE CLERK US DISTRICT COURT
ATTN MARTIN J JENKINS, JUDGE
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANSICO, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ [signature]_ #F09466     5/1/08
Inmate Signature                Date



NAME: RAUL MIRALLES
CDC NO: T57954  HOUSING: A2-203

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

PELICAN BAY
AD-SEG, UNIT A-2

**LEGAL MAIL**

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

$ 00.41  MAY 02 2008
MAILED FROM ZIP CODE 95531

OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
ATTN: MARTIN J. JENKINS, JUDGE
UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CAL 94102