***E-FILED - 6/12/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAUL UVALLES, | ) | No. C 05-2779 RMW (PR) |
| | ) | |
| Petitioner, | ) | ORDER GRANTING EXTENSION OF TIME |
| vs. | ) | |
| | ) | |
| D.L. RUNNELS, Warden, | ) | (Docket No. 30) |
| | ) | |
| Respondent. | ) | |

Good cause appearing, petitioner's request for an extension of time in which to file an opposition to respondent's motion to vacate and for dismissal (docket no. 30) is GRANTED. Petitioner's opposition must be filed within **90 days** of the date this order is filed. Respondent **shall** file a reply within **15 days** of the date the opposition is filed.

IT IS SO ORDERED.

Dated:  6/6/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Extension of Time
P:\pro-se\sj.rmw\hc.05\Uvalles779eot               1