PELICAN BAY
D-SEG, UNIT A-2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

RAUL UVALLES,

              PETITIONER,

V.

D.L. RUNNELS, WARDEN HIGH DESERT STATE PRISON,

              RESPONDENT,

C05-2779 MJJ RMW

**FILED**

JUN 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

    PETITIONER, A CALIFORNIA STATE PRISONER; I RAUL UVALLES, # T-59954 HEREBY MOVE PERSUANT TO CAL. RULES OF COURT, RULE 2.551(H) *34268 TO UNSEAL MARSDEN MOTION.

    PETITIONER CONTENDS THAT THE UNSEALING OF SAID MOTION IS ESSENTIAL TO DEMONSTRATE NEW EVIDENCE ON UNEXHAUSTED CLAIMS. THE RELEVANCE OF MARSDEN MOTION CONTAINS SUBSTANTIAL COMPETENT EVIDENCE OF WHICH IS DEBATABLE THAT MY ATTORNEY; CHARLIE GILLEN P.D. PREFORMED INEFFECTIVENESS WHILE ASSISTING PETITIONER AT TRIAL.

    ARGUEMENT

    THE UNSEALING IS NECESSARY BECAUSE REVIEWING COURTS WHICH ANALIZE PETITIONER'S DEFENSE ONLY UPON WHAT HE/SHE PROVIDES IS NOT AS WELL POSITIONED AS THE RESIDING JUDGE WAS TO MAKE CREDIBLE DETERMINATION FOR THE RULING OF SAID MOTION. IN APPEALLATE COURTS JUDGES MUST HAVE LIBERTY TO DECIDE RATHER OR NOT COUNSEL HAD INDEED PREFORMED INEFFECTIVENESS OR VIOLATED A PETITIONER' CONSTITUTIONAL RIGHT.

    IN QUOTING 103 S. CT 3383, 463 U.S. 880 BAREFOOT V. ESTELLE

(U.S. TEX. 1983) *3418; THE FOLLOWING QUOTATION COGENTLY SUMS UP THIS STAND "THE PETITIONER NEED NOT SHOW HE COULD PREVAIL ON MERIT BUT RATHER HE MUST DEMONSTRATE THAT THE ISSUES ARE DEBATABLE AMONGST JURY OF REASON."

ANY COMPETENT JURIST WOULD QUESTION WHY APPELLANT DID NOT HAVE ACCESS OF ALL DOCUMENTATION TO PROCEED FURTHER IN DISPUTING CLAIMS? WHY WAS THE SEALING ACTIVATED? WAS THE SEALING DONE DELIBERATLY TO HINDER THE PETITIONERS HABEAS, ECT...

RATHER THIS MOTION PRODUCED AN IMPACT ON APPEAL IS IRRELEVANT, BUT NOT GIVING PETITIONER A CHANCE TO EXHAUST ALL REMEDIES, TO EXPLOIT ALL POSSIBILITIES ON HIS APPEAL. TO WITHHOLD DOCUMENTS/EVIDENCE FROM THE ACCUSED WOULD BE A VIOLATION OF PETITIONERS CONSTITUTIONAL RIGHTS.

IN CONCLUSION

ACCORDINGLY PETITIONER RESPECTFULLY SUBMITS A MOTION TO UNSEAL MARSDEN MOTION AND HEREBY DECLARES UNDER PENALTY OF PERJURY THE FORGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON MAY 26, 2008 AT PELICAN BAY STATE PRISON, CRESENT CITY, CALIFORNIA, BY MYSELF PETITIONER.

RAUL UVALLES #T59954

PELICAN BAY
AD-SEG, UNIT A-2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAILING LIST

RE: UVALLES V. D.L. RUNNELS, WARDEN, H.D.S.P.
C 05-2779 M.J.J

COPIES OF THE ATTACHED DOCUMENT HAVE BEEN SENT TO THE INDIVIDUALS BELOW:

OFFICE OF THE STATE ATTORNEY GENERAL
ATTN: MARK S. HOWELL
455 GOLDENGATE AVENUE SUITE 11000
SAN FRANCISCO CAL. 94102-3664

OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
ATTN: JUDGE U.S DISTRICT COURT MARTIN J JENKINS
450 GOLDEN GATE AVENUE
SAN FRANCISCO CALIFORNIA 94102

OFFICE OF THE PUBLIC DEFENDER
ATTN: CHARLIE GILLEN
120 W MISSION ST
SAN JOSE. CALIF.
     95110

SUPERIOR COURT - HALL OF JUSTICE
ATTN: JUDGE THOMAS HASTING
200 W HEDDING ST
SAN JOSE CALIFORNIA
     95110

**PELICAN BAY
AD-SEG, UNIT A-2**

## PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 101a #2015-5, U.S.C. Sec. 1746)

I, Jose Fernandez #F09466, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over the age of eighteen (18) years and am a party to this action.

My State Prison address is: Pelican Bay State Prison, P.O. Box 7500, Housing Unit __A2__ Cell Number __203__, Crescent City, CA 95532-7500.

On the __4__ day of __JUNE__, I served the following (set forth the exact title of document(s) served):

__MOTION to UNSEAL MARSDEN MOTION TRANSCRIPTS__

On the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a receptacle so provided at Pelican Bay State Prison, Crescent City, CA 95532, and addressed as follows:

OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
ATTN: JUDGE U.S. DISTRICT COURT
MARTIN J JENKINS
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CAL.
94102

I declare under penalty of perjury that the foregoing is true and correct.

__[signature]__            __6/4/08__
Inmate Signature           Date

NAME: Raul Walles
CDC NO: H78754  HOUSING: A2-203u

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

PELICAN BAY
AD-SEG, UNIT A-2

**LEGAL MAIL**



PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666
MAILED FROM ZIPCODE 95531
$ 00.42⁰
JUN 06 2008
PITNEY BOWES

OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
ATTN: JUDGE U.S. DISTRICT COURT MARTIN J. JENKINS
450 GOLDEN GATE AVENUE
SAN FRANCISCO CALIFORNIA 94102