Raul Uvalles
#T-59954
P.O. Box 7000
Crescent City, CA 95532

FILED ORIGINAL
JUL 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Pro Per

United States District Court for
the Northern District of California
San Francisco Division

Raul Uvalles
    Petitioner

v

O.L. Runnels
    Respondent

No C05-2779(PR) RMW

Motion and Declaration
for Appointment of
Counsel.

I.
INTRODUCTION

1. Petitioner, Raul Uvalles, moves this court for assignment of counsel to assist petitioner in further litigation. Petitioner also requests this court for an order appointing counsel due to indigent pursuant to 28 U.S.C. §§ 1915(e)(1), 2254(1); 18 U.S.C § U.S.C. 3006(A); also due to order lifting stay reopening case; to show cause filed 07-25-07; Rule 4.551(c)(2) Habeas Corpus Proceedings

(1)

## II

## STATEMENT OF FACTS

2. This motion is based upon the forthcoming facts, memorandum of points and authorities, the attached declaration of petitioner as well as all other documents currently on file in this matter.

3. Petitioner is currently incarcerated at Pelican Bay State Prison.

4. Petitioner currently lacks any meaningful source of income to utilize in employing services of counsel to provide expierieced legal advice and skills to further this litigation on this case.

5. Petitioner only has limited to prison law library and other materials necessary to facilitate proper legal research currently no physical access and no time to study available legal materials due to B facility lockdown plan. This only allows inmates the privelege of accessing the law library if an inmate has a verifiable court deadline within 30 days and inmate must be pro per. This access is only for (2) hours a week every (3) to (4) weeks.

This prisons denial of access to the law library effectively restricts an inmate from being able to properly challenge his conviction, this also denies proper access to the courts.

6. Petitioner is a layman of the law with little experience in the complex and confusing methods of legal research, reasoning and writing, Petitioner has virtually no knowledge of proper federal procedural rules, rules of court which are fundamental necessity and of crucial importance to proceed unlike people

(2)

OF THE STATE WHO ARE FULLY TRAINED IN THE LAW AND HAVE UNLIMITED ACCESS TO LEGAL REFERENCE MATERIAL, COMPUTERS LEGAL ASSISTANTS, LAW CLERKS, ECT... WITH PETITIONER HAVING NONE OF THE ABOVE.

7. PETITIONER IF HE KNOWS EXACTLY WHAT MATERIALS (CASE LAWS, RESEARCH GUIDES, ECT...) MAY REQUEST A TOTAL OF (30) PAGES TO BE PHOTOCOPIED AND MAILED TO HIS CELL FOR A SHORT PERIOD. OBTAINING NO FURTHER LEGAL MATERIAL UNTIL INITIAL MATERIAL IS RETURNED. INMATES MUST BE SPECIFIC OTHERWISE HIS REQUEST IS RETURNED INFILLED WITH A STATEMENT STATING TO BE MORE SPECIFIC. PETITIONER HAS ATTEMPTED TO READ AND UNDERSTAND THE FEDERAL RULES OF PROCEEDURE BUT PETITIONER HAS BEEN LEFT CONFUSED REGARDING APPROPRIATE ACTION AT THIS POINT. PREJUDICE TO THE RIGHT OF ACCESS TO THE COURTS OCCURS WHENEVER THE ACTIONS OF PRISON OFFICALS CAUSE THE COURTS DOORS TO ACTUALLY BE SHUT, REGARDLESS OF WHETHER IT WOULD ULTIMATELY HAVE SUCCESS (GENTRY V. DUCKWORTH 65 F 3d, AT 559)

8. PETITIONER SINCERLY DESIRES THE COURT TO GRANT THE ABOVE ENTITLED ACTION TO FAIRLY SEEK THE RELIEF REQUESTED IN THE ORIGINAL ACTION PREVIOUSLY FILED IN THIS MATTER.

9. PETITIONER HAS LIMITED FORMAL EDUCATION AND NO EDUCATION IN THE LAW. PETITIONER DOES NOT UNDERSTAND OR COMPREHEND COMPLEX LEGAL REASONING, STANDER OR LANGUAGE WHEN ATTEMPTING TO STUDY CASE PRECEDENT, CODES, STATUTES AND OTHER LEGAL PUBLICATIONS. PETITIONER REQUIRED TO REQUEST ASSISTANCE OF FELLOW-

(3)

PRISONERS WITH ALSO LIMITED KNOWLEDGE OF THE LAW, SOME RESULTING IN ONLY COMPLEXING ISSUES, IN ORDER TO PREPARE AND FILE THE PLEADINGS PREVIOUSLY FILED WITH THE COURTS INCLUDING THIS CURRENT MOTION FOR REQUEST OF APPOINTMENT OF COUNSEL. THE ASSISTANCE OF FELLOW PRISONERS IS NOW NON-EXISTENT DUE TO THE CONFINEMENT CONDITIONS OF MY CURRENT HOUSING UNIT (BEHAVIOR MANAGEMENT PROGRAM; FACILITY 10-CROWN). INFACT IT IS PRIMARILY DUE TO THE PRE-PRINTED FORM OR OTHER LIMITED FORMS FROM THE LAW LIBRARY. PETITIONER WAS ABLE TO SUBMIT THIS MOTION AND OTHER DOCUMENTS ON FILE IN THIS MATTER.

### III

### PETITIONER PRAYS COURT ASSIGNS COUNSEL FOR FOLLOWING REASONS:

1. PETITIONER IS UNABLE TO EMPLOY COUNSEL BEING INDIGENT

2. PETITIONER HAS TIME RESTRAINTS WHICH DON'T MEET CRITERIA OF PRISON (30 DAYS-PLU STATUS) FOR FILING AN OPPOSITION PER DOCKET NO. 30 - NC C05-2779 RMW (PR).

3. CR CASES RULE 4.551(c)(2) HABEAS CORPUS PROCEEDINGS STATES. ON ISSUING AN ORDER TO SHOW CAUSE (FILED JUL 25, 2007) THE COURT MUST APPOINT COUNSEL FOR ANY UNREPRESENTED PETITIONER WHO DESIRES BUT CANNOT AFFORD COUNSEL.

4. THE ISSUES INVOLVED IN THIS MATTER ARE COMPLEX AND IT IS DIFFICULT FOR PETITIONER TO UNDERSTAND HOW TO PROCEED FURTHER PROCEEDINGS AND PREPERATION OF LEGAL MOTIONS ECT.

5. THE PRISON HAS CURRENTLY MADE MINIMAL ACCESS (CELL-

STUDY) AND ACCESS TO TIME WITH LEGAL BOOKS NON-EXISTENT NECESSARY TO CONDUCT PROPER RESEARCH AND DRAFTING OF DOCUMENTS.

6. PETITIONER HAS VERY LITTLE LEGAL EXPERIENCE AND KNOWLEDGE OF THE LAW.

7. THE INTREST OF JUSTICE AND ECONOMY OF JUDICIAL RESOURCES WOULD BEST BE SERVED BY ASSIGNMENT OF COUNSEL TO ASSIST PETITIONER IN THIS AND FURTHER ACTIONS.

07-02-08

RAUL LLVALLES T59954

PETITIONER PRO PER

(5)

<u>DECLARATION SUPPORTING MOTION FOR COUNSEL</u>

I, RAUL UVALLES, DECLARE THE FOLLOWING:

1. I AM THE PLAINTIFF IN THE ABOVE-ENTITLED ACTION

2. I AM CURRENTLY A STATE PRISON INMATE WITH NO MEANINGFUL SOURCE OF INCOME TO UTILIZE IN EMPLOYING ASSISTANCE OF COUNSEL

3. MY PERSONAL ATTEMPTS TO READ LAW BOOKS, RULES OF COURT AND COURT PROCEDURES HAVE RESULTED IN UTTER CONFUSION AND FURTHERED MY INABILITY TO COMPREHEND WHAT ACTION I SHOULD TAKE NEXT

4. I HAVE HAD TO OBTAIN THE ASSISTANCE OF OTHER PRISONERS WHO APPEARED TO HAVE SOME KNOWLEDGE OF LAW, BUT IN FACT COMPLICATED MATTERS. IN ADDITION I AM CURRENTLY IN A RESTRICTIVE PROGRAM AND CURRENT FACILITY LOCK DOWN.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON JULY 2, 2008 AT CRESCENT CITY, CALIFORNIA (P.B.S.P)

PETITIONER PRO PER

(6)

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY 01, 2008 THRU JUN. 05, 2008

ACCOUNT NUMBER : T59954  
ACCOUNT NAME   : UVALLES, RAUL  
PRIVILEGE GROUP: D  

BED/CELL NUMBER: AF02U 000000203U  
ACCOUNT TYPE: I  

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 05/01/2008 | | BEGINNING BALANCE | | | | | 4.61 |
| 05/02 | FC06 | DRAW-FAC 6 | 4762 | A2 | | 4.61 | 0.00 |
| 05/27 | FR01 | CANTEEN RETUR | 705131 | | | 0.81- | 0.81 |
| 05/28* | DD30 | CASH DEPOSIT | 5150 #228 | | 6.75 | | 7.56 |
| 06/03 | FC06 | DRAW-FAC 6 | 5247 | A2 | | 7.56 | 0.00 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/14/02  
COUNTY CODE: SCL  
CASE NUMBER: CC121250  
FINE AMOUNT: $ 10,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT | BALANCE |
|---|---|---|---|---|
| 05/01/2008 | | BEGINNING BALANCE | | 9,329.29 |
| 05/28/08 | DR30 | REST DED-CASH DEPOSIT | 7.50- | 9,321.79 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 4.61 | 6.75 | 11.36 | 0.00 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE  
0.00

(7)

Per Facility B Lockdown Plan, physical access to the library is limited to inmates with verified court deadlines within 30 days only (PLU). If you qualify for PLU status, resubmit a Law Library Access Request with the court documents verifying your deadline. If you are not PLU, please resubmit your Access Request once program resumes. Until then, you may access the library's resources through the paging program.

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _RAUL UVALLES HT-59954_____, declare:

I am over 18 years of age and a party to this action. I am a resident of _PELICAN BAY STATE_ Prison,

in the county of _DEL NORTE_____,

State of California. My prison address is: _PO BOX 7500 CRESCENT CITY, CAL._

_95532_____.

On _07-03-08_____
  (DATE)

I served the attached: _MOTION FOR APPOINTMENT OF COUNSEL_____

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _07/03/08_____        _____
            (DATE)                    (DECLARANT'S SIGNATURE)

**NAME:** Raul Uvalles
**CDC NO.:** I-57957   **HOUSING:** B8-209U
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

# LEGAL MAIL

PELICAN BAY
G.P.
UNIT B-8

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532





02 1M
0004217666   JUL 08 2008
MAILED FROM ZIPCODE 95531
$ 00.59⁰

OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
ATTN: MARTIN J. JENKINS, JUDGE
UNITED STATES DISTRICT COURT
450 GOLDENGATE AVENUE
SAN FRANCISCO, CA. 94102

[signatures and dates, sideways: "6/6/08" and "8/6/08"]