*E-FILED - 8/18/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL UVALLES, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ) <br> D.L. RUNNELS, Warden, ) <br> ) <br> Respondent. ) <br> ) | No. C 05-2779 RMW (PR) <br><br> ORDER DENYING MOTIONS TO UNSEAL AND FOR APPOINTMENT OF COUNSEL <br><br><br> (Docket Nos. 32, 33) |

Petitioner, a California prisoner proceeding pro se, has filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2544. Petitioner has filed a motion to "unseal" a motion filed in state court pursuant to California Rule of Court 2.551(H). This court has no authority to unseal a motion that has been sealed in another court, and the California Rules of Court do not apply to cases filed in federal court, such as the instant action. Petitioner must seek the relief he requests in state court, not in federal court. Accordingly, petitioner's motion to unseal a state court motion (Docket No. 32) is DENIED.

Petitioner has also filed a motion for appointment of counsel. The Sixth Amendment's right to counsel does not apply in habeas corpus actions. Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir. 1986). While 18 U.S.C. § 3006A(a)(2)(B) authorizes a district court to appoint counsel to represent a habeas petitioner if "the court determines that the interests of justice so

1  require," the courts have made appointment of counsel the exception rather than the rule.
2  Appointment is mandatory only when the circumstances of a particular case indicate that
3  appointed counsel is necessary to prevent due process violations.  See Chaney v. Lewis, 801
4  F.2d 1191, 1196 (9th Cir. 1986); Eskridge v. Rhay, 345 F.2d 778, 782 (9th Cir. 1965).

5       At present, the court notes that petitioner has aptly presented his claims thus far and no
6  evidentiary hearing appears necessary based upon the claims presented.  Moreover, petitioner
7  has been granted over four months to prepare a response to respondent's pending motion to
8  dismiss.  Accordingly, petitioner's request for appointment of counsel (docket no. 33) is
9  DENIED.  The court notes that petitioner's opposition is currently due **on or before September**
10 **12, 2008**.

11     IT IS SO ORDERED.
12 Dated:  8/15/08                          *Ronald M. Whyte*
                                            RONALD M. WHYTE
13                                          United States District Judge

Order Denying Motions
G:\PRO-SE\SJ.Rmw\HC.05\Uvalles779.atty.wpd        2