**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

RAUL LIVALLES
        PETITIONER

V.

D.L. RUNNELS, WARDEN
HIGH DESERT STATE PRISON
        RESPONDENT

C 05-2779 MJJ RMW

THIS MOTION IS IN REGARDS TO CASE 3:05-CV-2779 MJJ DOCUMENT 24-3 FILED ON APRIL 02, 2008 BY RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA. ON APRIL 16, 2008 PETITIONER RECEIVED RESPONDENTS MOTION TO VACATE THE ORDER STAYING FEDERAL PROCEEDINGS NUNC PRO TUNC, TO STRIKE THE AMENDED PETITION, AND TO DISMISS THE ORIGINAL MIXED PETITION UNDER ROSE V. LUNDY, 455 U.S. 509 (1982).

PETITIONER IS ASKING THE COURT FOR A SECOND ENLARGEMENT OF TIME TO PREPARE AND RESPOND TO RESPONDENTS ANSWER GIVING THE FOLLOWING CIRCUMSTANCES.

1) PETITIONER IS HOUSED IN PELICAN BAY STATE PRISON B.M.U. PROGRAM ON B YARD WHICH HAS BEEN ON LOCKDOWN SINCE JAN 2008. DUE TO THESE PETITIONER HAS RELATIVELY NO ACCESS TO THE LAW LIBRARY.

2) PETITIONER IS AWAITING LOCKDOWN RECORDS/VERIFICATIONS FROM HIGH DESERT STATE PRISON TO SUBSTANTIATE THE ALLEDGED ACCUSATIONS OF BEING DILITORY AND PROPERLY PREPARE AN ANSWER TO RESPONDENT.

3) PETITIONER IS ALSO AWAITING PENDING MOTIONS SUBMITTED TO THE COURTS:

(1)

MOTION TO UNSEAL MARSDEN MOTION FILED 6-08; MOTION FOR APPOINTMENT OF COUNSEL FILED 7-08.

ORIGINALLY PETITIONER ASKED THE COURTS FOR AN EXTENTION OF TIME TO ESTABLISH RESIDENCE AT AN ALTERNATE FACILITY. SINCE PETITIONERS TRANSFER WAS CANCELLED. PETITIONER THEN PLACED INTO A BEHAVIOR MANAGEMENT PROGRAM WITH LOCKDOWN CONDITIONS INACTED. SAID CONDITIONS INCLUDE NO PHYSICAL LAW LIBRARY USE PETITIONER HAD TO FILE A 602 (GREEVENCE/APPEAL) TO HAVE LAW LIBRARY ACCESS REINSTATED FOR B FACILITY. PELICAN BAY'S DECISION TO REINTERGRATE HAS RESULTED IN THIS FACILITIES CONSTANT LOCKDOWN THEREBY DEPLETING ANY LAW LIBRARY USE / COMMUNICATIONS / OTHER LEGAL ASSISTANCE PETITIONER HAD HOPED TO ESTABLISH IN ORIGINAL ENLARGEMENT OF TIME.

PETITIONER IS ASKING COURTS FOR A SECOND ENLARGEMENT OF TIME OF 180 DAYS FOR THE FOLLOWING REASONS:

1) ALTHOUGH PETITIONER IS NO LONGER IN ADMISTRATIVE SEGRAGATION. PETITIONERS PROPERTY IS STILL LIMITED DUE TO STRICT BMU PROPERTY GUIDELINES. PETITIONERS REQUESTS FOR PERTINENT PAPERWORK NOT DEEMED LEGAL HAS BEEN VAGUELY ANSWERED BUT WITHOUT RESULTS TO DATE.

2) TO GIVE THE COURT AMPLE TIME TO REVIEW AND DELIBERATE ON AFOREMENTIONED MOTIONS PRESENTLY BEFORE THE COURT TO AIDE PETITIONER IN THE INTREST OF JUSTICE.

3) TO RETRIEVE DOCUMENTS PERTINENT TO SUBSTATIATE GOOD CAUSE FROM HIGH DESERT STATE PRISON.

ALTHOUGH PETITIONER'S ACCESS TO LAW LIBRARY IS STILL LIMITED 180 DAYS WILL GIVE PETITIONER EFFECTIVE TIME TO PROPERLY ANSWER RESPONDENT AND PREPARE FOR A GOOD CAUSE HEARING.

| STATE OF CALIFORNIA GA-22 (9/92) | | **INMATE REQUEST FOR INTERVIEW** | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|---|
| DATE 7-1-08 | TO BMU PROPERTY OFFICER | FROM (LAST NAME) UUAIIES | | CDC NUMBER T59954 |
| HOUSING B8 | BED NUMBER 2090 | WORK ASSIGNMENT | JOB NUMBER | FROM     TO |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | ASSIGNMENT HOURS | FROM     TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Sir I would like my property as I need vital PW for my case in district courts
Thank you

INTERVIEWED BY Thom                                      DATE 7/5/08

DISPOSITION
On 6/23/08 you were issued your BMU allowable property. If you need paperwork, let me know what you need.

STATE OF CALIFORNIA  
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE  
CDC 114-D (Rev 10/98)

DEPARTMENT OF CORRECTIONS

DISTRIBUTION:  
WHITE - CENTRAL FILE    CANARY - WARDEN  
BLUE - INMATE (2ND COPY)    PINK - HEALTH CARE MGR  
GREEN - ASU    GOLDENROD - INMATE (1ST COPY)

| INMATE'S NAME | CDC NUMBER |
|---|---|
| OVALLES | T-59954 |

## REASON(S) FOR PLACEMENT (PART A)

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS  
[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY  
[X] ENDANGERS INSTITUTION SECURITY    [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

*[handwritten/typed text largely illegible — references a Confidential Information disclosure, attempts to reintegrate Northern Hispanics back into the General Population (G.P.), subsequent riots and assaults between two groups disrupting the safety and security of this institution. Your presence in the G.P. presents a threat to the institutional security. You will remain in Ad Seg pending an investigation into the conflict between Northern and Northern Hispanics. You will appear before ICC for a review by the Facility Captain and/or ICC. You will be afforded the opportunity to present any relevant information during ICC regarding your current status, and/or program requirements.]*

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)    [X] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 04/11/08 | T. WOOD | | LIEUTENANT |
| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |

[ ] INMATE REFUSED TO SIGN    INMATE SIGNATURE    CDC NUMBER

## ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

### IS THIS INMATE:

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| LITERATE? | [ ] | [ ] | EVIDENCE COLLECTION BY IE UNNECESSARY | [ ] | [ ] |
| FLUENT IN ENGLISH? | [ ] | [ ] | DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] | [ ] |
| ABLE TO COMPREHEND ISSUES? | [ ] | [ ] | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] | [ ] |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [ ] | [ ] | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] | | | | |

Any "NO" requires SA assignment    Any "NO" may require IE assignment  
[ ] NOT ASSIGNED    [ ] NOT ASSIGNED

### INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME  
[ ] NO WITNESSES REQUESTED BY INMATE    INMATE SIGNATURE    DATE

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY_____ [ ] RETAIN PENDING ICC REVIEW    [ ] DOUBLE CELL    [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

See chronological Classification Review document (CDC 128 - G) for specific hearing information

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

# CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER _Llimlles T59954_   INMATE NAME: _Llimlles_

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a) CDC-115, Disciplinary Report dated _____ submitted by
   
   _____
   STAFF NAME, TITLE

xx  b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.
   This information is considered reliable because:

   a) ☐ This source has previously provided confidential information which has proven to be true.
   b) ☐ This source participated in and successfully completed a Polygraph examination.
   c) ☐ More than one source independently provided the same information.
   d) ☐ This source incriminated himself/herself in a criminal activity at the time of providing the information.
   e) ☒ Part of the information provided by the source(s) has already proven to be true.
   f) ☒ Other (Explain)
   
   The Source is the investigating Official who is divulging the results of his investigation.

3) Disclosure of information received.

   The information received indicated the following: You have been identified as a Northern Hispanic who is not being investigated by ISU for gang activity. "...the determination has been made to transfer those inmates identified as Northern Hispanics to an institution more conductive to their programming needs."

   (If additional space needed, attach another sheet.)

4) Type and current location of documentation.

   Confidential 128B dated 4/18/08 authored by Sergeant D. Barneburg. This document is now located in your C file Confidential section.

   _O. C___ (T)_                                     _4-28-08_
   STAFF SIGNATURE, TITLE                            DATE DISCLOSED
   DISTRIBUTION: WHITE – Central File; GREEN – Inmate; YELLOW – Institution Use

# PELICAN BAY STATE PRISON

## FACILITY B LAW LIBRARY ACCESS REQUEST

NAME: _Uvalles_ CDC#: _759959_ BLDG/CELL#: _B8-209U_

WORK TRAINING ASSIGNMENT: _____ HOURS: _____ RDO's: _____

REQUEST FULL SESSION __X__ REQUEST PARTIAL SESSION (1 hour) _____

Do not submit this request if you are on lockdown status unless you are claiming Priority Legal User (PLU) status. You must be acting as your own attorney and have a verifiable legal deadline within thirty (30) days to qualify for PLU status. It is your responsibility to notify library staff of any pending legal deadline, bed move, or R.D.O. change.

Specifically state the reason(s) you are requesting library access:

_LEGAL RESEARCH_

_____

__X__ This is my first visit.
_____ This is a subsequent visit. Date of last visit: _____
_____ I claim PLU status: Court: _____
_____ Case Number: _____ Deadline: _____
(If you indicate that you are a PLU but cannot provide proof indicating a court deadline, you are in violation of D.R. 3021, and subject to a CDC 115.)

Law Library users must adhere to the following access conditions:

1. Prison dress code applies.

2. Food, canteen, and other non-legal items are prohibited.

3. Any misconduct, abuse of the books or equipment may result in disciplinary action and suspension of the Law Library access for up to ninety (90) days.

Your signature represents that you have read and understood the above stated information. Incomplete and/or unsigned requests will be returned to sender.

SIGNATURE _[signature]_ DATE _6-30-08_

* * * * * * * * * * * * * * * * * * * * * * * FOR STAFF USE ONLY * * * * * * * * * * * * * * * * * * * * * * * *

Date received: _____ Date scheduled: _____ Accessed: _____

Request Granted/Denied by: _____ Date: _____

COMMENTS: _____

Revised 4/06

(8)

Per Facility B Lockdown Plan, physical access to the library is limited to inmates with verified court deadlines within 30 days only (PLU). If you qualify for PLU status, resubmit a Law Library Access Request with the court documents verifying your deadline. If you are not PLU, please resubmit your Access Request once program resumes. Until then, you may access the library's resources through the paging program.

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region — **PBSP**    Log No. 505-01944    Category: 10H / 11/2

*(handwritten top right: "...Access to law library due to modified program")*

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Civalles | T59454 | | B8-209L |

**A. Describe Problem:** I am requesting physical access to law library to conduct legal research for the preperation of a Traverse in which I have a deadline which exceeds the 30 day PLU status. I am currently in the federal district courts, cell study only allows 30 pgs which is not nearly enough as I am novice to legal language therefore requiring many hours to prepare for an even adequate defense to the attorney generals response. Current B facility lockdown plan fails to give access to those who desperately need to utilize legal services beyond the paging program ie computer access, access to many volumes required for proper research ect...

If you need more space, attach one additional sheet.

**B. Action Requested:** Allow non PLU access as well to physical access who can verify their need as that of being critical as well.

Inmate/Parolee Signature: _[signature]_    Date Submitted: 7-1-08

**C. INFORMAL LEVEL (Date Received: 7-8-08)**

Staff Response: Physical access to the library is governed by the Program Lockdown Reports from the Program Office. At this time Library is only allowed to schedule PLU inmates. Review of our files shows that since 6-24-08 you only requested cell study twice. Your cell mate also requested a cell study, in similar handwriting. All requests were processed the day received. We issued you 19 sheets (38 pages) 59 sheets (118 pages) and 38 sheets (76 pages) to I/m Fernandez. There is no limit on the number of cell study requests we will process.

Staff Signature: _[signature]_, LTA    Date Returned to Inmate: 7-8-08

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I am furthering my appeal due to cell study not being enough legal research to prepare an answer to federal courts as one who is not legal literate. Needs access to understand federal laws and rules access to multiple books, cases (computer access)

Signature: _[signature]_    Date Submitted: 7-13-08

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

JUL 0 2 2008    JUL 1 5 2008

26    1ST AWGP

CDC Appeal Number: ___

First Level    ☒ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 7/15/08    Due Date: 8/26/08

nterviewed by: Sgt. L.S. Thompson on 7/30/2008. Inmate Uvalles requested access for non PLU inmates to facility Law Library. Facility B program adjustment sheet is modified based upon Safety & Security of the facility/Institution. Current modified adjustment will allow access for GLU + PLU with security precautions.

Staff Signature: _____    Title: Sergeant    Date Completed: 7/31/2008
Division Head Approved:
Signature: _____    Title: _____    Returned Date to Inmate: 8/7/08

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____
Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)    Date: _____

8-17-08

Clerk of the Courts,

This is in regards to case C05-2779 MJJ I would like to know the status of the following motions: Motion to unseal Marsden motion; Motion for appointment for counsel. I have a copy of the appointment for counsel filed but I cannot find a filed copy of the motion to unseal my Marsden motion so if possible could you let me know the status of these two motions and if there was a ruling or if its even been before the judge. Thank you for your assistance

Respectfully
Raul Valles

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __Raul Uvalles T59954__, declare:

I am over 18 years of age and a party to this action. I am a resident of __Pelican Bay State__ Prison,

in the county of __Del Norte__,

State of California. My prison address is: __PO Box 7500__,

__Cresent City__.

On __8-17-08__,
     (DATE)

I served the attached: __Motion for Second Enlargement of time/ Letter to the Clerk About Status for Marsden Unsealing/Appoint for Counsel__
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __8-17-08__            __/s/__
            (DATE)                  (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)

-9-

::ODMA\PCDOCS\WORDPERFECT\22832\1





