

**FILED**

OCT 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAUL UVALLES,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT HOREL, Warden,<br>Pelican Bay State Prison,<br><br>    Respondent. | C-05-2779-RMW (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR A FIRST ENLARGEMENT OF TIME TO FILE A REPLY TO PETITIONER'S OPPOSITION TO THE MOTION TO VACATE, TO STRIKE, AND TO DISMISS |

Having considered Respondent's Ex Parte Application For A First Enlargement Of Time To File A Reply To Petitioner's Opposition To The Motion To Vacate, To Strike, And To Dismiss, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

Respondent's Ex Parte Application For A First Enlargement Of Time To File A Reply To Petitioner's Opposition To The Motion To Vacate, To Strike, And To Dismiss is GRANTED. Time shall enlarge by thirty-two (32) days, and Respondent shall file and serve the Reply on or before November 3, 2008.

DATED: 10/10/08

_____
RONALD M. WHYTE
United States District Court