***E-FILED - 4/15/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAUL UVALLES, | ) | No. C 05-2779 RMW (PR) |
| | ) | |
| Petitioner, | ) | ORDER GRANTING IN PART |
| | ) | MOTION FOR EXTENSION OF |
| vs. | ) | TIME |
| | ) | |
| D.L. RUNNELS, Warden, | ) | |
| | ) | (Docket No. 35) |
| Respondent. | ) | |

Petitioner has filed a motion for an extension of time in which to file an opposition to respondent's motion to vacate and for dismissal (docket no. 35). Petitioner has already been granted a 90-day extension of time, giving him a total of five months in which to file his opposition. Petitioner now requests an additional 180 days in which to file the opposition. The court finds such an extension not to be necessary. Petitioner will be granted an additional 30 days, to and including October 12, 2008, in which to file an opposition. As petitioner will have had more than six months in which to file his opposition, no further extensions of time will be granted. Respondent **shall** file a reply within **15 days** of the date the opposition is filed. This order terminates Docket No. 35.

IT IS SO ORDERED.

Dated: __4/14/09__

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

P:\pro-se\sj.rmw\hc.05\Uvalles779eot       1