United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*E-FILED - 6/3/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUAL UVALLES,

        Petitioner,

  v.

ROBERT HOREL, Warden

        Respondent.

No. C 05-2779 RMW (PR)

ORDER GRANTING SECOND
EXTENSION OF TIME TO FILE
ANSWER

(Docket No. 48)

Good cause appearing, respondent is hereby granted a second extension of time, up to and including July 14, 2009, in which to file a dispositive motion or answer to the petition for habeas corpus. Petitioner shall file his opposition or traverse within 30 days of the filing date of respondent's answer or dispositive motion. If respondent files a dispositive motion, respondent shall file a reply to petitioner's opposition within 15 days from the date such opposition is filed. This is respondent's second motion for extension of time and the court will not favor any further extensions of time.

This order terminates docket no. 48.

Dated:   6/3/09

RONALD M. WHYTE
United States District Judge

Order Granting Second Extension of Time to File Answer
P:\PRO-SE\SJ.Rmw\HC.05\Uvalles779.EOT-Answer.frm