*E-FILED - 8/24/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUAL UVALLES, | No. C 05-2779 RMW (PR) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| v. | |
| RUNNELS, Warden, | |
| Respondent. | (Docket No. 69) |

Good cause appearing, petitioner's application for extension of time in which to file a traverse is GRANTED.  Petitioner shall file a traverse within **thirty (30) days** from the date this order is signed.

This order terminates docket no. 69.

IT IS SO ORDERED.

DATED: 8/24/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Petitioner's Motion for Extension of Time to File Traverse
P:\PRO-SE\SJ.Rmw\HC.05\Uvalles779eot.wpd